| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **SE Professionals, S.C.**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names  
   **DBA  Premier Vision**

3. **Debtor's federal Employer Identification Number** (EIN)  
   **39-1346480**

4. **Debtor's address**

   **Principal place of business**  
   **840 W. Blackhawk St.**  
   **Apt. 413**  
   **Chicago, IL 60642**  
   Number, Street, City, State & ZIP Code

   **Cook**  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   **904C Monroe Street, Sheboygan Falls, WI 53085**  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify:  _____

Debtor  **SE Professionals, S.C.**_____   Case number (*if known*)_____
             Name

**7.  Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **SE Professionals, S.C.**      Case number (*if known*)
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **SE Professionals, S.C.** _____   Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2017**
MM / DD / YYYY

**X /s/ D. King Aymond, M.D.**                                **D. King Aymond, M.D.**
Signature of authorized representative of debtor              Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ ARTHUR G. SIMON**                                     Date **June 14, 2017**
Signature of attorney for debtor                              MM / DD / YYYY

**ARTHUR G. SIMON**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**      Email address _____

**03124481**
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

Debtor   SE Professionals, S.C.                        Case number (if known)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 13, 2017
              MM / DD / YYYY

X _____             D. King Aymond, M.D.
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X _____             Date   June 13, 2017
Signature of attorney for debtor                        MM / DD / YYYY

**ARTHUR G. SIMON**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   312-641-6777          Email address

**03124481**
Bar number and State

Fill in this information to identify the case:
Debtor name: **SE Professionals, S.C.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Anthem BCBS WI Group<br>PO Box 6406<br>Carol Stream, IL 60197 | | | | | | $9,032.14 |
| Business Card<br>PO Box 15796<br>Wilmington, DE 19886-5796 | | | | | | $39,009.55 |
| Cherry Optical, Inc.<br>1640B Fire Lane Dr.<br>Green Bay, WI 54311 | | | | | | $3,408.61 |
| Citi Bank<br>PO Box 9001016<br>Louisville, KY 40290-1016 | | | | | | $36,834.16 |
| Earthlink Business<br>PO Box 88104<br>Chicago, IL 60680-1104 | | | | | | $4,633.74 |
| Heartland Business Systems<br>75 Remittance Dr., Dept. 3286<br>Chicago, IL 60675-3286 | | | | | | $2,217.94 |
| Kenmark Eyewear<br>1800 Research Dr.<br>Louisville, KY 40299 | | | | | | $8,202.86 |
| Kering Eyewear USA Inc.<br>200 Somerset Corporate Ste. 4002<br>Bridgewater, NJ 08807 | | | | | | $2,636.90 |

| Debtor | **SE Professionals, S.C.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| L'Unique Optique, Inc.<br>285 Main St.<br>Vernon Hills, MA 01230 | | | | | | $2,950.75 |
| Legre Eyewear, Inc.<br>105 Newfield Ave.<br>Sui Raritan Center<br>Edison, NJ 08837 | | | | | | $2,959.74 |
| Luxottica Group<br>PO Box 550<br>Port Washington, NY 11050-0550 | | | | | | $10,970.27 |
| Maui Jim USA, Inc.<br>PO Box 203861<br>Dallas, TX 75320-3861 | | | | | | $1,890.01 |
| Oliver Peoples, Inc.<br>8570 W. Sunset Blvd.<br>West Hollywood, CA 90069 | | | | | | $2,721.43 |
| Poth Family Dental<br>100 Martin Dr.<br>Fredonia, WI 53021 | | | | | | $4,343.61 |
| Quality Contact Lens, Inc.<br>1640B Fire Lane Dr.<br>Green Bay, WI 54311 | | | | | | $2,877.38 |
| Safilo<br>PO Box 35118<br>Newark, NJ 07193-5118 | | | | | | $2,862.74 |
| Silhouette Optical Ltd.<br>260 Cannon St.<br>Troy, NY 12183 | | | | | | $4,483.10 |
| TearLab Research, Inc.<br>PO Box 743967<br>Atlanta, GA 30374-3967 | | | | | | $2,581.93 |
| WE Energies<br>PO Box 90001<br>Milwaukee, WI 53290-0001 | | | | | | $1,902.90 |
| WVA, Inc.<br>PO Box 900<br>Burlington, WI 53105 | | | | | | $204,626.04 |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SE Professionals, S.C.**                                                      Case No.
                                    Debtor(s)                                          Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              **74**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 14, 2017**                    **/s/ D. King Aymond, M.D.**
                                            **D. King Aymond, M.D.**/**President**
                                            Signer/Title

# United States Bankruptcy Court
### Northern District of Illinois

In re  SE Professionals, S.C.    Case No.
Debtor(s)    Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **76**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 13, 2017**

D. King Aymond, M.D./President
Signer/Title

Abby Kohlhagen
322 Wisconsin St.
Sheboygan Falls, WI 53085

Charmant/USA
W502039
PO Box 7777
Philadelphia, PA 19175-2039

Essilor Payment Processing Center
PO Box 815519
Dallas, TX 75381-5519

Accident Fund
PO Box 77000
Dept. 77125
Detroit, MI 48277-0125

Cherry Optical, Inc.
1640B Fire Lane Dr.
Green Bay, WI 54311

Europa Eyewear
255 Corporate Woods Parkway
Vernon Hills, IL 60061-3109

ADO Practice Solutions
PO Box 9440
Minneapolis, MN 55440-9440

Citi Bank
PO Box 9001016
Louisville, KY 40290-1016

Excel.Net, Inc.
2103 Indiana Avenue
Sheboygan, WI 53081

Aflac
1932 Wynnton Rd.
Columbus, GA 31999

Cliff Bergin & Associates, Inc.
6300 W. Eonges Bay Rd.
Mequon, WI 53092

Financial Control Solutions
PO Box 668
Germantown, WI 53022

Altair
PO Box 45036
San Francisco, CA 94145-0036

David K. Aymond
840 W. Blackhawk St., Apt. 413
Chicago, IL 60642

Fish Window Cleaning
PO Box 597
Menomonee Falls, WI 53051

Anthem BCBS WI Group
PO Box 6406
Carol Stream, IL 60197

David King Aymond
840 W. Blackhawk St., Apt. 413
Chicago, IL 60642

Heartland Business Systems
75 Remittance Dr., Dept. 3286
Chicago, IL 60675-3286

Aspex Eyewear, Inc.
2755 SW 32nd Ave.
Hollywood, FL 33023

Davis & Kuelthau, SC
111 East Kilbourn, Ste. 1400
Milwaukee, WI 53202-6613

I-deal Optics
1290 Maplelawn
Troy, MI 48084

Bank First National
2600 Kohler Memorial Dr.
Sheboygan, WI 53081

DWD - Unemployment Insurance
PO Box 7945
Madison, WI 53707

Imagewear
PO Box 9440
Minneapolis, MN 55440-9440

Business Card
PO Box 15796
Wilmington, DE 19886-5796

Earthlink Business
PO Box 88104
Chicago, IL 60680-1104

Italia-spex
2755 SW 32nd Ave.
Hollywood, FL 33023

Cartridge World
119 GreenBay Rd.
Thiensville, WI 53092

ENVIR-MASTER
PO Box 12350
Charlotte, NC 28220

Kenmark Eyewear
1800 Research Dr.
Louisville, KY 40299

Kering Eyewear USA, Inc.
200 Somerset Corporate Ste. 4002
Bridgewater, NJ 08807

Miraflex
7950 NW 53rd St. Ste. 324
Miami, FL 33166

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

L'Unique Optique, Inc.
285 Main St.
Vernon Hills, MA 01230

Nicholas Aymond Trust
c/o D. K. Aymond
840 W. Blackhawk St., Apt. 413
Chicago, IL 60642

Safilo
PO Box 35118
Newark, NJ 07193-5118

l.a Eyeworks
820 North LA Brea Ave.
Los Angeles, CA 90038

OGI, LLC
3971 Quebec Ave. N.
Minneapolis, MN 55427

Schenck Business Solutions
PO Box 1739
Appleton, WI 54912-1739

Legre Eyewear, Inc.
105 Newfield Ave.
Sui Raritan Center
Edison, NJ 08837

Oliver Peoples, Inc.
8570 W. Sunset Blvd.
West Hollywood, CA 90069

Schenck Retirement Plan Solutions
PO Box 1257
Appleton, WI 54912-1257

Luxottica Group
PO Box 550
Port Washington, NY 11050-0550

Optika Inc.
PO Box 95000-5895
Philadelphia, PA 19195-5859

Scott Ihlenfeld
3721 N. 83rd St.
Milwaukee, WI 53222

Marcolin USA, Inc.
PO Box 29661, Dept. 2063
Phoenix, AZ 85038

P N & J
3801 N. 12th St.
Sheboygan, WI 53083

SD Eyes
155 Corporate Dr.
PO Box 548
Oneonta, NY 13820

Match Eyewear, LLC
1600 Shames Dr.
Westbury, NY 11590

Physicians Health Network
PO Box 351
Sheboygan, WI 53082-0351

Shred-It USA
28883 Network Place
Chicago, IL 60673-1288

Maui Jim USA, Inc.
PO Box 203861
Dallas, TX 75320-3861

Poth Family Dental
100 Martin Dr.
Fredonia, WI 53021

Silhouette Optical Ltd.
260 Cannon St.
Troy, NY 12183

Medical Protective
23289 Network Place
Chicago, IL 60673-1232

Professional Business Systems
PO Box 420
Omro, WI 54963-0420

Spectrum
PO Box 3019
Milwaukee, WI 53201-3019

Medline Industries
Dept. CH 14400
Palatine, IL 60055-4400

Quality Contact Lens, Inc.
1640B Fire Lane Dr.
Green Bay, WI 54311

Stearns Bank, N.A.
500 13th St.,
PO Box 750
Albany, MN 56307-0750

Stearns Bank, N.A.
500 13th St.
PO Box 750
Albany, MN 56307-0750

Westgroupe USA, Inc.
625 Route 3
Suite #300
Plattsburgh, NY 12901

TearLab Research, Inc.
PO Box 743967
Atlanta, GA 30374-3967

WVA, Inc.
PO Box 900
Burlington, WI 53105

The Hilsinger Co. dba HILCO
PO Box 643792
Pittsburgh, PA 15264-3792

X-Cel Specialty Contracts
PO Box 86
Minneapolis, MN 55486-1084

Time Warner Cable
PO Box 4639
Carol Stream, IL 60197-4639

YP
PO Box 5010
Carol Stream, IL 60197-5010

Times Custom Graphics
W5102 Cty Hwy K
Random Lake, WI 53075

Travelers
CL Remitance Center
Hartford, CT 06183-1008

Trizetto
Dept CH 16897
Palatine, IL 60055-6897

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Walman Optical Company
PO Box 86
SDS 12-1084
Minneapolis, MN 55486-1084

WE Energies
PO Box 90001
Milwaukee, WI 53290-0001

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SE Professionals, S.C.**                                              Case No.
                              Debtor(s)                                         Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **SE Professionals, S.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 14, 2017**                                       **/s/ ARTHUR G. SIMON**
Date                                                    **ARTHUR G. SIMON**
                                                        Signature of Attorney or Litigant
                                                        Counsel for  **SE Professionals, S.C.**
                                                        **Crane, Heyman, Simon, Welch & Clar**
                                                        **Suite 3705**
                                                        **135 South LaSalle Street**
                                                        **Chicago, IL 60603-4297**
                                                        **312-641-6777 Fax:312-641-7114**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SE Professionals, S.C.**                                                                                  Case No. _____
                                          Debtor(s)                                                                   Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SE Professionals, S.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 13, 2017
Date

*/s/ Arthur Simon*
**ARTHUR G. SIMON**
Signature of Attorney or Litigant
Counsel for   **SE Professionals, S.C.**
**Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114**