IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  )
                                        )   Case No. 17-18113
SE Professionals, S.C.,                 )   Chapter 11
                                        )   Judge Donald R. Cassling
        Debtor.                         )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, SIMON, CLAR & DAN, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>July 11, 2017</u> (Retroactive <u>June 14, 2017</u>

Amount of Fees Sought: <u>$67,668.50</u>

Amount of Expense
Reimbursement Sought: <u>$3,707.25</u>

This is a(n) Interim Application _____   Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is $46,919.00 retainer

Date: March 26, 2018

                    Applicant:      Arthur G. Simon and the law firm of
                                    Crane, Simon, Clar & Dan


                                    By: /s/Arthur G. Simon
                                        Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-18113 |
| SE Professionals, S.C., ) | Chapter 11 |
| ) | Judge Donald R. Cassling |
| Debtor. ) | |

## NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF <u>EXPENSES TO DEBTOR'S COUNSEL</u>

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on March 26, 2018, Crane, Simon, Clar & Dan, counsel for the Debtor, filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses (the "CSCD Motion"), requesting the sum of $67,668.50 for legal services rendered to the Debtor for the period commencing June 14, 2017 through and including March 23, 2018, plus costs advanced for the same period in the sum of $3,707.25.

PLEASE TAKE FURTHER NOTICE that any person objecting to the CSCD Motion, is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **16th day of April, 2018**, with a copy of said objection(s) to be simultaneously served upon Arthur G. Simon, Crane, Simon, Clar & Dan, 135 S. LaSalle Street, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the CSCD Motion, together with objections timely filed, if any, will be held before the Honorable Donald R. Cassling, Bankruptcy Judge, Courtroom No. 619, 219 S. Dearborn Street, Chicago, Illinois, on the **17th day of April, 2018, at 9:30 a.m.**, at which time and place you may appear if you so see fit.

Date:  March 26, 2018

**DEBTOR'S COUNSEL**
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, IL 60603
312-641-6777
Fax: 312-641-7114

W:\AGS\SE Professionals\Final Fee.Notice.docx

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )   Case No. 17-18113
SE Professionals, S.C.,               )   Chapter 11
                                      )   Judge Donald R. Cassling
        Debtor.                       )

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the **17th day of April, 2018**, at the hour of **9:30 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in Room 619 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Allowance of Final Compensation and Reimbursement of Expenses to Debtor's Counsel**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Arthur G. Simon
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 26th day of March, 2018 before the hour of 5:00 p.m.

/s/Arthur G. Simon
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## SERVICE LIST

Shelly DeRousse
Freeborn & Peters, LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606

Timothy W. Brink
Meltzer Purtill & Stelle LLC
300 S. Wacker Dr., Ste. 2300
Chicago, IL 60606

Denise A. DeLaurent
US Trustee Northern District of Illinois
219 S. Dearborn St., Ste. 873
Chicago, IL 60604

D. King Aymond, M.D.
Nicholas Aymond Trust
840 W. Blackhawk St., Apt. 1106
Chicago, IL 60642

Abby Kohlhagen
322 Wisconsin St.
Sheboygan Falls WI 53085

Scott Ihlenfeld
3721 N. 83rd St.
Milwaukee, WI 53222

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )    Case No. 17-18113
SE Professionals, S.C.,                     )    Chapter 11
                                            )    Judge Donald R. Cassling
        Debtor.                             )

**MOTION FOR ALLOWANCE OF FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**

Arthur G. Simon, Jeffrey C. Dan and the law firm of Crane, Simon, Clar & Dan ("CSCD"), attorneys for the Debtor, SE Professionals, S.C., a Wisconsin Service Corporation ("Debtor"), make their motion pursuant to Section 331 of the United States Bankruptcy Code for allowance of Final Compensation and Reimbursement of Expenses for legal services rendered and expenses incurred from June 14, 2017 through March 23, 2018; and in support thereof, state as follows:

1.    On June 14, 2017 ("Petition Date"), an order for relief was entered in the above-captioned bankruptcy case, pursuant to a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.    The Debtor is a Wisconsin service corporation which employs licensed optometrists and sells eyewear at three (3) locations in the Milwaukee, Wisconsin area. No trustee, examiner or committee of unsecured creditors was appointed to serve in this Chapter 11 case.

3.    On March 20, 2018, this Court entered an order approving the Debtor's Second Amended Disclosure Statement and confirming the Debtor's Second Amended Plan of Reorganization as modified.

4. On or about July 11, 2017, this Court entered an order authorizing the Debtor to retain Crane, Heyman, Simon, Welch & Clar as counsel in this Chapter 11 case, retroactive to June 14, 2017, with compensation subject to the further order of this Court. On November 6, 2017, Crane, Heyman, Simon, Welch & Clar changed its name to Crane, Simon, Clar & Dan.

5. By this Motion, CSCD requests allowance and payment of final compensation and reimbursement of expenses in the amounts of $67,668.50 and $3,707.25, respectively, for legal services rendered to the Debtor during the period June 14, 2017 through March 23, 2018. Itemizations of the legal services rendered and the expenses incurred during the relevant period are attached to this Motion.

6. CSCD has not received any prior allowances of interim compensation and expenses in this Chapter 11 case. CSCD did receive pre-petition retainers in the amounts of $10,000 and $50,000 prior to the Petition Date, a portion of which was exhausted pre-petition leaving a retainer balance as of the Petition Date in the amount of $46,919.00, which will be applied to any fees allowed.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157 and 1334. This mater is a "core proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

8. The statutory predicates for the relief requested in this Motion are Section 331 of the United States Bankruptcy Code and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

9. CSCD is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, reorganization and insolvency. CSCD is comprised of five (5) partners, and one (1) attorney who is "of counsel" to the firm.

10. The following is biographical information pertaining to those attorneys who have been primarily involved in the representation of the Debtor. Each such attorney has significant experience and expertise in bankruptcy, reorganization and litigation matters.

11. Arthur G. Simon is a member of the law firm of Crane, Simon, Clar & Dan, and has been practicing law since 1979 when he graduated from Loyola University of Chicago, School of Law. Mr. Simon has been admitted to practice in the state courts of Illinois, in the United States Courts of Appeals for the Third and Seventh Circuits, and in the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana. Beginning in 1981, he became engaged almost exclusively in the practice of bankruptcy and insolvency litigation and has represented virtually every type of party in such matters, including Chapter 7 and Chapter 11 debtors, secured creditors, landlords, trustees, and creditors' committees. His activities have included membership in the Chicago Bar Association Committee on Bankruptcy and Reorganization. He has served as the Editor of the Advance Sheets provided by said Committee. In that capacity, he reported the rulings and opinions of the Bankruptcy Judges in the Northern District of Illinois to the Bankruptcy Committee members of the Chicago Bar Association. He served for several years on the Commercial, Banking and Bankruptcy Section Council of the Illinois State Bar Association for whom he has published several articles, and also served on the General Assembly of that Association.

12. Jeffrey C. Dan, a graduate of DePaul University School of Law and a member of the firm, has been practicing law in the State of Illinois since 1997. He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation. Mr. Dan joined the firm in September 2002 and has been actively involved in all aspects of bankruptcy litigation as well as state court litigation that arises in

3

insolvency matters. Mr. Dan is admitted to practice in the United States Court of Appeals for the Third and Seventh Circuits, and the United States District Courts for the Northern and Central Districts of Illinois, Northern District of Indiana, and the Eastern District of Wisconsin. He is a member of the Federal Trial Bar.

13. The hourly rates usually charged by Mr. Simon and Mr. Dan in matters of this nature are as follows:

| Attorney | 2017 Hourly Rates | 2018 Hourly Rates |
|---|---|---|
| Arthur G. Simon | $510.00 | $510.00 |
| Jeffrey C. Dan | $445.00 | $450.00 |

14. The following is a chart that depicts the total hours.

| Attorney | 2017 Hours | 2018 Hours |
|---|---|---|
| Arthur G. Simon | 59.00 | 35.50 |
| Jeffrey C. Dan | 38.30 | 5.40 |
| Total: | 97.30 | 40.90 |

15. The representation of the Debtor is categorized in this Motion as follows:

A. **General Administration**

Matters in this category include representing the Debtor with respect to general administration of this bankruptcy case. Such representation included preparation and filing of schedules, statement of financial affairs, motions to employ professionals, review and analysis of monthly operating reports, appearances at meetings at the Office of the United States Trustee, strategy conferences regarding creditor and supplier issues and other legal services provided in the general administration of the Debtor's Chapter 11 case.

Total Time expended          67.50 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon | 34.40 | 7.60 | $21,420.00 |
| Jeffrey C. Dan | 25.50 | 0.00 | $11,347.50 |
| Total: | | | $32,767.50 |

4

Attached to this Motion as **Exhibit A** is an itemization of legal services rendered in this category.

### B. Bank First National

Matters in this category include representing the Debtor with respect to the secured claims of Bank First National ("Bank") which asserted a first position security interest in substantially all of the assets of the Debtor. Such services included preparation of a cash collateral motion and numerous orders with respect to same as well as negotiation with the Bank with respect to various budgets and a forbearance agreement which was ultimately made a part of the Plan which was confirmed with the consent of the Bank.

Total Time expended            31.50 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
| --- | --- | --- | --- |
| Arthur G. Simon | 14.5 | 3.50 | $ 9,180.00 |
| Jeffrey C. Dan | 11.60 | 1.9 | $ 5,162.00 |
| Total: | | | $15,197.00 |

Attached to this Motion as **Exhibit B** is an itemization of legal services rendered in this category.

### C. Plan and Disclosure Statement

Matters in this category include representing the Debtor with respect to issues relating to the preparation, modification and negotiation of the original Plan and Disclosure Statement and amendments thereto, resulting in the approval of the Second Amended Disclosure Statement and confirmation of the Second Amended Plan of Reorganization as modified.

Total Time expended            39.20 hours

| Attorney | 2017 Hours | 2018 Hours | Amount |
| --- | --- | --- | --- |
| Arthur G. Simon | 10.10 | 24.40 | $17,595.00 |
| Jeffrey C. Dan | 1.20 | 3.50 | $   534.00 |
| Total: | | | $19,704.00 |

Attached to this Motion as **Exhibit C** is an itemization of legal services rendered in this category.

5

16. During the course of the representation of the Debtor during the relevant period, CSCD incurred expenses of $3,707.25. These expenses are itemized on **Exhibit D** to this Motion.

17. Other than as provided in Section 504(b) of the Bankruptcy Code, CSCD has not shared, nor agreed to share, any compensation received as a result of this case with any person, firm or entity. The sole and exclusive source of compensation shall be funds of the Debtor.

18. CSCD asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered based upon the time, nature, extent and value of such professional services. CSCD further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

19. CSCD asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

20. CSCD submits that the compensation and expenses requested are fair, reasonable and warranted under the circumstances.

WHEREFORE, Arthur G. Simon, Jeffrey C. Dan and the Law firm of Crane, Simon, Clar and Dan, Debtor's Counsel, request the entry of an Order:

A. Allowing final compensation and reimbursement of expenses in the amounts of $67,668.50 and $3,707.25, respectively, for a total allowance of $71,395.75;

B. Directing the Debtor to pay said sums less the retainer in the amount of $46,919.00; and

    C.    Granting such other relief as may be just and appropriate.

7

Respectfully submitted,

Arthur G. Simon, and the law firm of
Crane, Simon, Clar & Dan

By: /s/Arthur G. Simon

COUNSEL FOR DEBTOR
CRANE, SIMON, CLAR & DAN
135 S. LaSalle St., Ste. 3705
Chicago, IL 60603
312/641-6777
W:\AGS\SE Professionals\Final Fee App.MOT.docx