IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17-18113 |
| SE Professionals, S.C., | ) | Chapter 11 |
| | ) | Judge Donald R. Cassling |
| Debtor. | ) | |

## NOTICE OF MOTION

TO:     See Attached Service List

PLEASE TAKE NOTICE that on the **22nd day of May, 2018**, at the hour of **10:00 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in Room 619 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of Debtor for Entry of Final Decree,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Arthur G. Simon
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 11th day of May, 2018 before the hour of 5:00 p.m.

/s/Arthur G. Simon
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

**SERVICE LIST**

Shelly DeRousse
Freeborn & Peters, LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606

Timothy W. Brink
Meltzer Purtill & Stelle LLC
300 S. Wacker Dr., Ste. 2300
Chicago, IL 60606

Denise A. DeLaurent
US Trustee Northern District of Illinois
219 S. Dearborn St., Ste. 873
Chicago, IL 60604

D. King Aymond, M.D.
Nicholas Aymond Trust
840 W. Blackhawk St., Apt. 1106
Chicago, IL 60642

Abby Kohlhagen
322 Wisconsin St.
Sheboygan Falls WI 53085

Scott Ihlenfeld
3721 N. 83rd St.
Milwaukee, WI 53222

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-18113 |
| SE Professionals, S.C., ) | Chapter 11 |
| ) | Judge Donald R. Cassling |
| Debtor. ) | |

## MOTION OF DEBTOR FOR ENTRY OF FINAL DECREE

SE Professionals, S.C., a Wisconsin Service Corporation, Debtor herein ("Debtor"), by and through its attorneys, Arthur G. Simon, Jeffrey C. Dan and the law firm of Crane, Simon, Clar & Dan, in support of its Motion for Entry of Final Decree, states as follows:

1. On June 14, 2017, an order for relief was entered in the above-captioned bankruptcy case, pursuant to a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor is a Wisconsin Service Corporation which employs licensed optometrists and sells eyewear at three (3) locations in the Milwaukee, Wisconsin area. No trustee, examiner or committee of unsecured creditors was appointed to serve in this Chapter 11 case.

3. On March 20, 2018, this Court entered an order approving the Debtor's Second Amended Disclosure Statement and confirming the Debtor's Second Amended Plan of Reorganization as modified ("Plan").

4. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Payments have been made to secured and unsecured creditors and administrative claimants pursuant to the Plan.

5. By this Motion, the Debtor respectfully requests that this Court enter a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and close this bankruptcy case.

WHEREFORE, for the foregoing reasons, the Debtor, SE Professionals, S.C., prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

    Respectfully submitted,
    SE Professionals, S.C., Debtor,

    By: /s/Arthur G. Simon

COUNSEL FOR DEBTOR
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750
CRANE, SIMON, CLAR & DAN
135 S. LaSalle St., Ste. 3705
Chicago, IL 60603
312/641-6777
W:\AGS\SE Professionals\Final Decree.MOT.docx