UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-18113 |
| SE PROFESSIONALS, S.C. | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the Motion of the Debtor, SE PROFESSIONALS, S.C., by and through its attorneys, for Entry of Final Decree, the Court having entered an Order Confirming the Debtors' Second Amended Plan of Reorganization, as modified, on March 20, 2018, notice of said Motion having been given, no objections having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the Second Amended Plan of Reorganization, as modified, has been substantially consummated; and accordingly,

IT IS HEREBY ORDERED that a Final Decree is entered and this estate is hereby closed.  The Debtor is still obligated to pay all outstanding U.S. Trustee fees.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated:  May 22, 2018

**Prepared by:**

Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Simon, Clar & Dan
Attorneys for Debtor
135 South LaSalle Street, #3705
Chicago, IL 60603
P-312 641-6777
W:\AGS\SE Professionals\Final Decree.ORD